USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
FELIX I. LESSAMBO,                        :        08 Civ. 6272 (WHP)

               Plaintiff Pro Se,     :        SCHEDULING ORDER

  -against-                                    :

PRICEWATERHOUSECOOPERS, L.P. et al.,    :

               Defendants.           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

      The pre-motion conference originally scheduled for July 21, 2009 is adjourned to August 4, 2009 at 2:00 p.m.

Dated:  July 15, 2009
       New York, New York

                              SO ORDERED:

                              WILLIAM H. PAULEY III
                                  U.S.D.J.

*Counsel of Record:*

Stephen Louis Sheinfeld, Esq.
Winston & Strawn LLP (NY)
200 Park Avenue
New York, NY 10166
*Counsel for Defendants*

*Copy mailed to:*

Felix I. Lessambo
205 S. Columbus Avenue
Mount Vernon, NY 10553
*Plaintiff Pro Se*